UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANGEL DILLARD, )<br>)<br>Defendant. )<br>)<br>_____) | CIVIL ACTION<br><br>No. 11-1098-SAC-KGS |

## COMPLAINT

The United States of America (the "United States"), asserts a civil cause of action under the Freedom of Access to Clinic Entrances Act ("FACE"), 18 U.S.C. § 248 (1994), enacted into law May 26, 1994, as follows:

1. The United States has reasonable cause to believe:

(1) Defendant, Angel Dillard, has committed, and is likely to continue to commit, violations of FACE; and (2) various persons are being, have been, and will continue to be injured, intimidated and/or interfered with by Defendant's conduct.

### JURISDICTION, STANDING, AND VENUE

2. This Court has jurisdiction over this action pursuant to FACE, 18 U.S.C. § 248(c)(2), and 28 U.S.C. § 1345.

3. The United States standing to bring this action pursuant to FACE, 18 U.S.C. § 248(c)(2).

-2-

4.  Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b)(1) and (b)(2), in that, upon information and belief, Defendant resides in this judicial district, and all the events giving rise to this complaint occurred in this judicial district.

## DEFENDANT

5.  On information and belief, Defendant resides in Valley Center, Kansas.

## FACTUAL BACKGROUND

6.  On May 31, 2009, reproductive healthcare provider Dr. George Tiller was shot in his church and killed by anti-abortionist Scott Roeder.

7.  Scott Roeder was convicted of first-degree murder and sentenced to life without parole for murdering Dr. Tiller.

8.  Since Dr. Tiller's murder, no physician has openly performed abortions in Wichita, Kansas.

9.  Dr. Mila Means is a family practitioner in Wichita, Kansas, who is training to provide abortion services to women in Wichita.

10.  On or about January 15, 2011, Defendant mailed a letter to Dr. Means in which she made a threat of force for the purpose of intimidating Dr. Means from performing abortions in Wichita.  A copy of that letter is appended to this Complaint as Attachment A and is incorporated by reference herein.

11.  Defendant's letter states, in part:

> Thousands of people are already looking into your background, not just in Wichita, but from all over the US.  They will know your habits and routines.  They will know where you shop, who your friends are, what you drive, where you live.  **You will**

**be checking under your car everyday-because maybe today is the day someone places an explosive under it. [Emphasis added]**

12.  Defendant's letter references Dr. Tiller by stating, "Maybe you don't realize the consequences of killing the innocent.  If Tiller could speak from hell, he would tell you what a soulless existence you are purposefully considering, all in the name of greed."

13.  Defendant's letter further states, "I urge you to think very carefully about the choices you are making. . . . We will not let this abomination continue without doing everything we can to stop it."

14.  Defendant signed the letter "Angel Dillard" and sent the letter in an envelope with a pre-printed return address sticker with Defendant's name and address.

15.  Defendant's letter intimidated Dr. Means and caused her to undertake numerous security measures.

## CAUSE OF ACTION UNDER 18 U.S.C. § 248

16.  The United States incorporates herein the averments of paragraphs 1 through 15 hereof.

17.  Defendant's conduct as described in paragraphs 10 through 15 hereof constitute a threat of force in order to in intimidate a person from providing reproductive health services.

18.  On information and belief, unless Defendant is restrained by this Court, Defendant will continue to engage in the illegal conduct averred herein.

19.  On information and belief, unless Defendant is restrained by this Court, persons seeking to provide reproductive healthcare services will continue to be intimidated.

-4-

20. The United States is authorized under 18 U.S.C. § 248(c)(2)(B) to seek and obtain temporary, preliminary, and/or permanent injunctive relief from this Court for Defendant's violation of FACE.

21. The United States is further authorized under 18 U.S.C. § 248(c)(2)(B) to seek and obtain statutory compensatory damages on behalf of persons aggrieved by Defendant's actions in violation of FACE.

22. The United States is further authorized under 18 U.S.C. § 248(c)(2)(B)(i) to seek and obtain a civil penalty against a respondent no greater than $15,000.00 for a first violation other than a nonviolent physical obstruction.

WHEREFORE, the United States respectfully requests judgment in its favor and against Defendant, Angel Dillard, in the form of:

    A.    An Order permanently prohibiting Defendant, Angel Dillard, from contacting Dr. Mila Means via letter, email, phone call, or any other form of communication;

    B.    An Order permanently prohibiting Defendant, Angel Dillard, and her representatives, agents, employees and any others acting in concert or participation with her, from violating the Freedom of Access to Clinic Entrances Act;

    C.    An Order permanently prohibiting Defendant, Angel Dillard, and her representatives, agents, employees and any others acting in concert or participation with her, from coming within 250 feet of Dr. Mila Means, her residence, her car, or her place of business;

-5-

D. Statutory compensatory damages to the victim of Defendant Angel Dillard's activities in the amount of $5,000; and

E. A civil penalty assessment in the amount of $15,000.00.

Respectfully submitted,

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

JONATHAN SMITH
Chief
Special Litigation Section

s/Julie K. Abbate
JULIE K. ABBATE
Deputy Chief
Special Litigation Section

s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
For the District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
Kansas Bar No. 10866
(316) 269-6481
(316) 269-6484 (fax)

s/Aaron Fleisher
AARON FLEISHER
Trial Attorney
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave., N.W.
Washington, DC  20530
(202) 514-6255
(202) 514-6903 (fax)
aaron.fleisher@usdoj.gov

-6-

## REQUEST FOR PLACE OF TRIAL

It is requested that the above-entitled cause be placed on the docket for trial at the City of Wichita, Kansas.

          **s/Barry R. Grissom**
          BARRY R. GRISSOM
          Assistant U.S. Attorney