UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | No.  11-1098-SAC-KGS |
| | : | |
| ANGEL DILLARD, | : | |
| | : | |
| Defendant. | : | |

**MOTION OF THE
UNITED STATES OF AMERICA
<u>FOR PRELIMINARY INJUNCTIVE RELIEF</u>**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and the Freedom of Access to Clinic Entrances Act ("FACE"), 18 U.S.C. § 248(c)(2), the United States of America (the "United States")  moves for a preliminarily injunction prohibiting Defendant Angel Dillard from contacting Dr. Mila Means via letter, email, phone call, or any other form of communication; enjoining Defendant and her representatives, agents, employees and any others acting in concert or participation with her, from coming within 250 feet of Dr. Means, her home, car, and place of business; and enjoining Defendant and her representatives, agents, employees and any others acting in concert or participation with her, from violating the Freedom of Access to Clinic Entrances Act.

In support hereof, the United States incorporates herein the complaint and the attached memorandum of law.

|  |  |
|---|---|
|  | Respectfully submitted, |
| BARRY R. GRISSOM<br>United States Attorney<br>District of Kansas | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division |
|  | JONATHAN SMITH<br>Chief<br>Special Litigation Section |
|  | s/Julie K. Abbate<br>JULIE K. ABBATE<br>Deputy Chief<br>Special Litigation Section |
| s/Barry R. Grissom<br>BARRY R. GRISSOM<br>United States Attorney<br>For the District of Kansas<br>500 State Ave., Suite 360<br>Kansas City, KS 66101<br>Kansas Bar No. 10866<br>(316) 269-6481<br>(316) 269-6484 (fax) | s/Aaron Fleisher<br>AARON FLEISHER<br>Trial Attorney<br>United States Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>950 Pennsylvania Ave., N.W.<br>Washington, DC  20530<br>(202) 514-6255<br>(202) 514-6903 (fax)<br>aaron.fleisher@usdoj.gov |