UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| ANGEL DILLARD, | : | No. |
| Defendant. | : | |

### DECLARATION OF DR. MILA MEANS

I, Mila Means, M.D., declare under penalty of perjury that:

1. I am a family practitioner, and am receiving training to perform abortion services.

2. I intend to perform abortions in Wichita, Kansas.

3. Since my intention to perform abortions in Wichita has become publicly known, my home, office, and employees have been the subject of anti-abortion protests, and I have been the subject of flyers and emails urging those in the anti-abortion community to take action against me.

4. I am aware that abortion provider Dr. George Tiller was shot and killed by anti-abortionist Scott Roeder in May 2009.

5. I am aware that Scott Roeder was sentenced to life without parole for murdering Dr. Tiller.

6. I am aware that, since Dr. Tiller's murder, no physician has openly performed abortions in Wichita.

7. On or about January 19, 2011, I received a letter in the mail from Angel Dillard (attached as Exhibit A).

8. Among other things, the letter referenced Dr. Tiller, and stated, "Thousands of people are already looking into your background, not just in Wichita, but from all over the US. They will know your habits and routines. They will know where you shop, who your friends are, what you drive, where you live. You will be checking under your car everyday-because maybe today is the day someone places an explosive under it."

EXHIBIT 1

The letter further stated, "I urge you to think very carefully about the choices you are making. . . . We will not let this abomination continue without doing everything we can to stop it."

9. I am aware that Ms. Dillard has corresponded with Scott Roeder during his incarceration.

10. I felt intimidated and threatened by Ms. Dillard's letter.

11. After receiving Ms. Dillard's letter, I undertook numerous security measures, including: having my car examined by a mechanic; parking only where my car is visible to me; installing door alarms; staying overnight at different locations; varying my route to and from work and home; filing police reports; requiring new patients to provide ID; and looking for a more secure building in which to practice.

12. I continue to feel intimidated, and worry that Ms. Dillard, or one of her associates, may attempt to carry out the threats in her letter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on the 14 day of March, 2011, in Wichita, KS

_____
Mila Means, M.D.