# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

                           Plaintiff,

V.                                           CASE NO.   11-1098-JTM-KGG

ANGEL DILLARD,

                           Defendant.

## MINUTE ORDER

BY THE DIRECTION AND WITH THE APPROVAL OF KATHRYN H. VRATIL, CHIEF JUDGE:

      IT IS ORDERED that this case be reassigned from the Honorable  Sam A. Crow, Senior U.S. District Judge  to the Honorable  J. Thomas Marten  U.S. District Judge for all further proceedings.  It should be noted that with the reassignment of the case to Judge Marten  the case number is changed to  11-1098-JTM-KGG .

                                                                    TIMOTHY M. O'BRIEN, CLERK

                                                                    s/D. Waylan
                                                                       DEPUTY CLERK