AO 440 (12/09)     Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

## District of Kansas

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | ) |
| ANGEL DILLARD | ) |
| *Defendant* | ) |

Civil Action No.   11-1098-JTM-KGG

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Angel Dillard
9221 E. 125th St. N.
Valley Center, KS  67147

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julie K. Abbate, Deputy Chief
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave., N.W.
Washington, DC  20530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____4/11/2011_____

TIMOTHY M. O'BRIEN
CLERK OF COURT
204 U.S. Courthouse
401 N Market
Wichita KS 67202-2011

_____
*Signature of Clerk of Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**For the**
**DISTRICT OF KANSAS**

UNITED STATES OF AMERICA

    **vs**                **Civil Action No.**  11-1098-JTM-KGG

ANGEL DILLARD

STATE OF KANSAS ) ss            **A F F I D A V I T**
SEDGWICK COUNTY) ss

I  Gerald L. McDow Jr. , SPECIAL PROCESS SERVER, OF LAWFUL AGE BEING FIRST DULY SWORN UPON OATH, DO HEREBY CERTIFY THAT I AM THE PERSON APPOINTED BY THE COURT TO MAKE SERVICE IN THE ABOVE CASE, THAT I AM NOT A PARTY TO THE ACTION, THAT I RECEIVED SAID PROCESS AND MADE SERVICE THEREOF IN THE MANNER AND TIME BELOW DESCRIBED.

**Served:**  SUMMONS IN A CIVIL ACTION, COMPLAINT,  REQUEST FOR PLACE OF TRIAL,  ATTACHMENT A, MOTION OF THE UNITED STATES OF AMERICA FOR PRELIMINARY INJUNCTIVE RELIEF,  MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF THE UNITED STATES OF AMERICA FOR PRELIMINARY INJUNCTIVE RELIEF,  EXHIBIT 1 – DECLARATION OF DR. MILA MEANS,  EXHIBIT 2 – LETTER FROM ANGEL DILLARD, NOTICE OF HEARING.

**PERSONALLY SERVED:**          ANGEL DILLARD
                                9221 E. 125TH STREET NORTH
                                VALLEY CENTER, KANSAS 67147

**Date:**  4/11/11    **Time:**  3:34PM

PURSUANT TO K.S.A. 53-601 ( SUPP. 1989). I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, TO THE BEST OF MY ABILITY WITH THE INFORMATION PROVIDED TO ME AT THE TIME

Executed on this, 14th Day of April  2011.

                                              Special Appointed Process Server

SHELDON WULF PROCESS SERVICE
P.O.BOX 48696
WICHITA, KANSAS 67201
PH. 316-263-4209