# United States of America  v. Dillard

Case No.  11-1098-JTM

Witnesses & Exhibits

| Date | | Description | Adm. |
|---|---|---|---|
| 4/20/11 | Mila Means | Physician | |
| | Plaintiff 1 | Dillard Letter | ✔ |
| | Defense 1 | Means Affidavit | ✔ |
| | Andrea Hamel | Office Manager | |
| | | | |
| | | | |
| | | | |