IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.                                Case No. 11-1098-JTM

ANGEL DILLARD,

        Defendant.

ORDER

For good cause shown and for the reasons stated at the hearing conducted April 20, 2011, the plaintiff's Motion for Preliminary Injunction is hereby denied.

Plaintiff shall file its Response to defendant's Motion to Dismiss on or before May 20, 2011.

Any Reply by defendant shall be submitted no later than June 10, 2011.

IT IS SO ORDERED this 21st day of April, 2011.

                                                        s/ J. Thomas Marten
                                                        J. THOMAS MARTEN, JUDGE