IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
)
           Plaintiff, )
)
vs. )          CIVIL ACTION
)          11-cv-1098-JTM-KGG
ANGEL DILLARD, )
)
           Defendant. )
_____ )

## AFFIDAVIT OF LARCENA GILMORE WILLIAMS

STATE OF KANSAS      )
                       ) ss:
COUNTY OF SEDGWICK  )

I, Larcena Gilmore Williams, of lawful age and sound mind, being first duly sworn, on my oath state as follows:

1.     My name is Larcena Gilmore Williams. I am known as "Pastor Tina." I am the assistant chaplain at the Sedgwick County Jail. My office is in the chaplain's office on the second floor of the jail building. My employer is Christian Ministries to Offenders, Inc. ["CMO."] I hold a Bachelor's Degree in pastoral studies.

2.     Christian Ministries to Offenders, Inc., is a non-profit 501(c)(3) organization that has served inmates in the Sedgwick County Jail for more than thirty years. *See* Exhibit 1, which is the CMO Organizational Statement. "CMO operates under the authority of the Sedgwick County Sheriff's Office and the detention facility and is the approved ministry for all religious and spiritual programming." *Id.*

3.      Exhibit 2, attached to this Affidavit, is the CMO Mission Statement. "The mission of CMO is to minister to inmates as they deal with emotional, physical, and spiritual needs. The vision of CMO includes visiting with each person being detained and sharing with them the love of God... ." *Id.* "It is the heart of CMO to touch the spiritual lives of as many inmates as possible with the 'born-again' message of Jesus Christ. Presently that message is delivered through a variety of chapel services, group bible studies, one-on-one biblical counseling, and an array of Christian study materials." CMO Mission Statement, Ex. 2.

4.      As assistant chaplain, I was one of the supervisors for Dr. Rob Dillard and his wife, Angel Dillard, while they participated in the jail ministry at the Sedgwick County Jail. Both Dr. and Mrs. Dillard were granted ministerial privileges at the Sedgwick County Jail. In conjunction with those ministerial privileges, Dr. and Mrs. Dillard were each issued a badge with their photo ID which permitted them to conduct ministry work within the jail under the auspices of CMO and the Sedgwick County Sheriff's Office.

5.      To receive their ministerial privileges at the jail, the Dillards were required to complete a seven-page application form, which is attached as Exhibit 3. The Dillards, and all other applicants, were expected to maintain the confidentiality of inmates and inmate communications conducted during jail ministry, and the applicants, including Angel and Dr. Dillard, were required by the Sedgwick County Sheriff's Office to sign an agreement, within the application form, to honor the confidentiality of inmates who counseled with jail chaplains or ministry workers. (Ex. 3, p. 4.)

6.      Angel and Rob Dillard, and others seeking ministerial privileges in the chaplain program, were also required to (a) provide references, including those of an ordained religious leader (Ex. 3, p. 3) from a faith-based organization; (b) demonstrate prior ministry or counseling

experience; (c) complete an interview process; (d) demonstrate and affirm their adherence to core Christian beliefs; and (e) successfully pass a background check. (*See, e.g.,* Ex. 3, p. 1.) Applicants agreed to follow all rules and regulations of the jail.  (Ex. 3, p. 4.)

7.     All applicants, including Angel and Rob Dillard, were required to complete a "Ministerial Privilege Affidavit" (Attached here as Exhibit 4).   The ministers which the applicants listed as references were also interviewed (Ex. 4).  When we review the application of a potential ministry worker, we seek to determine the home church of the applicant and we often obtain a letter of validation from that church.

8.     During the application process, and later while on the job, Angel Dillard demonstrated the previous experience we look for in the areas of both general ministry and in the "one-on-one" counseling format.  The chaplain's office conducts services twice a day, five days a week, and on Sundays we conduct an additional chapel service.  We also provide one-on-one counseling with inmates, which Angel Dillard frequently provided for us.  Angel and her husband Rob did an outstanding job in the jail ministry, and we miss them and wish they were currently here to help.

9.     As noted, we also look to ensure that the potential ministry applicants subscribe to the tenants of their faith.   Exhibit 5 to this affidavit is the CMO "Statement of Faith" which we expect our Christian ministers to follow.  Dr. and Mrs. Dillard demonstrated commitment to these principles during the application process and interviews, and maintained commitment to these principles while serving as ministers working out of our office and serving the jail population.

10.     In addition to the written form in which all applicants agree to maintain inmate confidentiality (Ex. 3, p. 4), applicants were provided training which included emphasis on the fact that inmates and ministers expected the counseling sessions to be confidential, that such confidentiality was essential to maintain the effectiveness of the ministry, and that jail ministry workers were expected to strictly honor inmate confidentiality.

11.     Christian Ministries to Offenders, Inc. (CMO) is a volunteer ministry devoted to evangelizing the inmates of the Sedgwick County Detention Facility (SCDF). Our ministry, CMO, operates in partnership with, and under the authority of, the Sedgwick County Sheriff's Office. Not only do we observe and honor the confidentiality of the inmates, but the sheriff's office expects and requires us to maintain such communications as confidential. The inmates also expect that our ministry visits with them will be confidential.

12.     The guarantee of confidentiality is absolutely necessary for our evangelistic efforts and our ministry work to be successful. We often focus on repentance, forgiveness, and the grace and acceptance provided by the love of Christ. These goals require that inmates be able to discuss their past behavior freely with our ministers, without fear of legal consequences, embarrassment, public ridicule or further recrimination. Thus, we train all ministry workers in the chaplain's office that communications with all inmates must be kept confidential. Accordingly, both the inmates and the ministers have an expectation of confidentiality, that is, that when inmates meet and counsel with our ministers, the content of those meetings is to be held strictly confidential.

-4-

FURTHER AFFIANT SAITH NAUGHT.

*Larcena Gilmore-Williams*
Larcena Gilmore Williams

SUBSCRIBED AND SWORN to before me, a Notary Public within said county and state on the 17th day of December, 2012.

*Joan Collins*
NOTARY PUBLIC

My appointment expires: 2-9-14

OFFICIAL SEAL

JOAN COLLINS
MY COMMISSION EXPIRES
February 9, 2014

About Us - Christian Ministries to Offenders, Inc.          http://cmowichita.com/2.html

Home
About Us
Contact us
Donations
Mission statement
Salvation
Staff
Volunteer

## Bringing Jesus Christ to the incarcerated of Sedgwick County

Christian Ministries to Offenders, Inc. (CMO) is a volunteer ministry devoted to evangelizing the inmates of the Sedgwick County Detention Facility (SCDF). CMO operates under the authority of the Sedgwick County sheriff's office and the detention facility and is the approved ministry for all religious and spiritual programming.

CMO Inc., a non-profit, 501 (c) (3) organization that has been serving inmates in the Sedgwick County Jail for more that 30 years. CMO's main office is located within the jail. The mission of CMO is to minister to inmates as they deal with emotional, physical, and spiritual needs. The vision of CMO includes visiting with each person being detained and sharing with them the love of God; having churches involved, with church members serving as mentors for recently released individuals and creating life-skills classes to help ex-offenders make choices that will help prevent them from returning to jail. Daily, CMO works toward this vision by answering Inmate Request Forms for things such as bibles, bible studies, chapel services, ministerial visits and hygiene items for those that are indigent.

Scott Davis, chaplain.cmowichita.com has served as a volunteer with CMO for over 30 years. A few years ago God impressed upon Mr. Davis to serve at the jail in full-time ministry. He shut the doors of his business and accepted the chaplaincy of the detention facility (jail). Since Mr. Davis has become chaplain the number of religious services offered to inmates of the jail has increased from eleven to 25 services weekly, including two services for Spanish speaking inmates and four services at the Sedgwick County Work Release Facility. Because of Mr. Davis' efforts and foresight, there are no longer waiting lists for inmates to get into chapel services and, thankfully, God has provided the needed volunteers (300 percent increase) during Mr. Davis' six years as jail chaplain.

The office work is done by Chaplain Davis, Pastor Tina Williams and Mrs. Sandra Kasper, and several faithful volunteers who perform data entry, prepare indigent packets, and maintain the library. Chaplain Davis oversees both the office work and the direct ministry to inmates provided by licensed and/or ordained ministers. Additionally, he schedules chapel services, approves/disapproves ministerial applications, meets with inmates to approve/disapprove requested religious diets, counsels those receiving death notifications, and serves as liaison between the Sheriff's department and CMO.

Because of the efforts of CMO and its volunteers, on the average, two to three inmates come to know Christ each day. Additionally, many other inmates choose to return to the relationship they once had with Christ by rededicating their lives to Jesus.

CMO and its staff wish to offer grateful thanks to those faithful servants and volunteers that make the work of CMO possible and are the true "laborers to the harvest." May God richly and mightily bless each one of you! Certainly, you are laying up treasure in heaven.

A ministry to the inmates of the Sedgwick County Detetion Facility, Wichita, Kansas

EXHIBIT

1

Mission statement - Christian Ministries to Offenders, Inc.

http://cmowichita.com/5.html

Home
About Us
Contact us
Donations
Mission statement
Salvation
Staff
Volunteer

## Bringing Jesus Christ to the incarcerated of Sedgwick County

### Mission Statement

"Go ye into all the world and preach the gospel." (Mark 16:15). For CMO, our initial world of evangelism is the Sedgwick County Detention Facility and the Sedgwick County Work Release Facility. It is the heart of CMO to touch the spiritual lives of as many inmates as possible with the "born-again" message of Jesus Christ. Presently that message is delivered through a variety of chapel services, group bible studies, one-on-one biblical counseling, and an array of Christian study materials.

CMO has a second mission that we believe is closely akin to our spiritual mission. Many of the incarcerated do not have basic necessities because of lack of money. They are unable to buy hygiene items such as soap, shampoo, toothbrush and toothpaste, comb or even paper, pencil and envelopes that they may communicate with their family. CMO provides these items and in some cases even clothing and underclothing. Praise God that "he" has made it possible for us to minister to the whole person: spirit, soul and body. Amen.

Thereby, CMO wishes to be doers of the word and not hearers only. "What doth it profit, my brethren, though a man say he hath faith, and have not works? Can faith save him? If a brother or sister be naked and destitute of daily food, And one of you say unto them, depart in peace, be ye warmed and filled; notwithstanding ye give them not those things which are needful to the body, what doth it profit? Even so faith, if it hath not works, is dead, being alone. Yea, a man may say, thou hast faith, and I have works: shew me thy faith without thy works, and I will shew thee my faith by my works. James 2: 14-18. King James Version.

Our mission is accompanied by our goal; that there will be visible fruit in our community. Once the inmate has paid their debt and is released; they will return no more. They will become that God-loving neighbor that we all desire.

"If the Son therefore shall make you free; you shall be free indeed." John 8:36 KJV.

A ministry to the inmates of the Sedgwick County Detention Facility, Wichita, Kansas

1 of 1

EXHIBIT

2

12/5/2012 3:41 PM

### Volunteer Application
### "Christian Ministries to Offenders, Inc."
### Sedgwick County Sheriff's Office
#### Wichita, Kansas 67203

INSTRUCTIONS:

For individuals wishing to volunteer at the Sedgwick County Detention Facility please complete the following application completely & legibly.  Volunteers must consent to a background check and complete an orientation class.

Please note the special instructions for the following three (1,2,3) sections:

(1) When completing PAGE # 4 please sign all areas of the form with the exception of the CONSENT TO ABIDE BY RULES AND REGULATIONS. You will be required to sign that section once you have *attended training.*

(2) Read and sign the Volunteer Dress Code, page 5.

(3) Read the attached Kansas Statute 44.2-103 and 21-3826 in reference to trafficking contraband in a penal institute, page 7. Then sign the Volunteer Acknowledgement, page 6.

All forms must be completed in full. If you need assistance with the form or have other questions please do not hesitate to call 316-660-7512 and ask to speak to Chaplain Davis or 316-660-7513 for Sandy.

Once we receive your completed application we can begin your background check. Once your background has been approved we will contact you to get an ID badge made.

You can drop your completed application off or mail to:

Sedgwick County Detention Facility 2nd Floor
Attn: Chaplain Davis
141 W. Elm St.
Wichita Ks 67203

THANK YOU FOR YOUR INTEREST IN VOLUNTEERING
IN THE SEDGWICK COUNTY SHERIFF'S OFFICE AND THE JAIL MINISTRY
PROGRAM.

*Mission: To protect and preserve the general safety and welfare of all individuals in Sedgwick County through effective public service while maintaining the highest levels of Integrity, Fairness and Compassion at all times.*

EXHIBIT
3

1

Volunteer Application
"Christian Ministries to Offenders, Inc."
Sedgwick County Sheriff's Office
Wichita, Kansas 67203
(page 2 of 7)

Program: Christian Ministries to Offenders, Inc.            Date: _____

Name (Last)_____            First_____

Middle_____

Other Names Used/Maiden _____

Social Security #_____ Race_____ Sex_____

Date of Birth_____ Place of Birth, city and state_____

Current address_____City_____State_____ Zip Code_____

Mailing Address if Different_____

Home Phone_____Cell Phone_____ Work Phone _____

E-mail Address_____

Length of Time at Current Residence_____

Previous Address_____

Drivers License #_____ State Issued _____

Emergency Contact Name_____

Home Phone _____Cell Phone_____ Work Phone_____

Current Employer/Address_____

Current Employer Phone #_____Length of Employment_____

Briefly state your reason for wanting to volunteer at this facility.

_____
_____
_____

Referred by_____
Home Group or Faith Based Organization_____

_____

2

## Volunteer Application (cont'd)
(page 3 of 7)

### Criminal history:

Have you been convicted of a misdemeanor or felony within the last seven (7) years?_____

If yes complete the following:

*Offense Disposition*                          *Approximate Date*

_____

_____

_____

### References are required:

Please attach two letters of reference. One from a faith-based ordained leader and a second letter from someone other than a family member. Please provide their information below.

Name of Ordained Religious Leader_____

 Name of Faith Based Organization_____

Office Phone_____      Cell Phone _____ Years known_____

Name_____ Home Phone_____

Work Phone_____ Cell Phone_____ Years Known_____

I authorize the Sedgwick County Sheriff's Office to complete a background check.

_____                    _____

Volunteer Applicant's Signature                    Date

3

## Volunteer Application (cont'd)
### (page 4 of 7)

NOTICE: DO NOT SIGN WITHOUT READING

Sedgwick County Sheriff's Office          Date_____ Time_____

## ACKNOWLEDGMENT OF RISK, GENERAL WAIVER & AGREEMENT TO HOLD HARMLESS AND INDEMNIFY

I, _____, hereby request permission to work as a volunteer in the Sedgwick County Detention Facility or office. I understand that there are significant risks involved in entering and working in a detention facility and these risks have been adequately explained to me. I agree that, in return for the training and information that has been provided to me, the permission to enter and work as a volunteer, and the experience that I will gain as a volunteer, I will hold harmless and indemnify the Sedgwick County Sheriff's Office. Further, I hereby waive any claims of any nature that I may have against the Sedgwick County Sheriff's Office or any of its employees for the personal injury, property loss, or property damage arising from or in connection with my work as a volunteer.

## CONSENT TO ABIDE BY RULES AND REGULATIONS
### (see instruction on page 1 before signing this part)

I, _____, have completed the Sedgwick County Sheriff's Office and facility/office orientation and training session for volunteers and have read and understand the Department's Volunteer Manual. I understand that as a volunteer I will be under the control and direction of the Sedgwick County Sheriff's Office, the Sheriff, or their designee(s) while on the grounds of the facility. I agree to comply with all policies, rules and regulations of the Sedgwick County Sheriff's Office, including all security directives, and I understand that failure to comply can mean my volunteer service may be curtailed, postponed or discontinued by the Sedgwick County Sheriff's Office.

## CONSENT TO HONOR CONFIDENTIALITY OF OFFENDERS

I, _____, I will not use any information concerning persons in the custody or under the supervision of the Sedgwick County Sheriff's Office for any reason without prior written approval from the Sedgwick County Sheriff's Office.

## CONSENT TO EMERGENCY MEDICAL CARE

I, _____, have been informed and understand that, in the event of any unforeseen medical or surgical emergency while on the grounds of any detention facility, I may be subject to the emergency medical care or first aid assistance at the facility until I can be removed safely to a civilian medical care facility.

_____          _____          _____          _____
Volunteer's Signature                        Date                              Witness                          · Date

4

# Volunteer Application (cont'd)
(page 5 of 7)

Sedgwick County Sheriff's Office

## Dress Code:

All volunteers that will be entering the secured section of the Sedgwick County Detention Facility must be dressed appropriately, The following clothing will be considered inappropriate attire for entering the secured section of the Sedgwick County Detention Facility for the purpose of volunteering.

- See-through clothing
- Tank tops
- Barefoot
- Braless attire (Females shall wear bras)
- Unbuttoned shirts
- Shorts
- Skirts end more than 3" above the knees (We prefer slacks)
- High-slit skirts
- Attire with questionable logos and slogans
- Tight fitting clothing or clothing made with spandex
- Low rise (Hip Hugger) pants
- Any combination of clothing that exposes the midriff
- Other attire that is deemed unsuitable for wear in the Sedgwick County Detention Facility in the judgment of the on-duty watch commander

_____                    _____

Volunteer Signature                                             Date

5

# Volunteer Application (cont'd)
## (page 6 of 7)

<u>Sedgwick County Sheriff's Office</u>

## Acknowledgement:

I hereby acknowledge that I have read and understand KSA 21-3826 and Kansas
Administration Regulation 44-2-103, Trafficking in Contraband (see page 7).  I
understand that a violation of this Statute and Regulation shall be grounds for termination
of my service as a volunteer. I have had an opportunity to ask questions regarding this
Statute and Regulation.

Date _____

Printed Name _____

Signature _____

6.

Volunteer Application (cont'd)
(page 7 or 7)

## Kansas Statutes: Please read thoroughly...
### Kansas Statute 44.2-103 and 21-3826

44.2-103. Trafficking in contraband. (a) A person, including an employee, inmate, visitor, or volunteer shall not, without the consent of the warden:

(1) Introduce or attempt to introduce any item into or upon the grounds of a correctional facility;
(2) Take, send, or attempt to take or send any item from any correctional facility;
(3) Possess any item in any correctional facility; or
(4) Distribute any item within a correctional facility

(b) "Any item", as used in subsection (a), shall include but not be limited to the following:

(1) Guns or firearms of any type, or the components, diagrams, or plans thereof:
(2) Ammunition, explosives, or the diagrams, formulas or plans thereof;
(3) Knives, tools, and materials such as sandpaper, whetstones or similar items used to make such knives or tools;
(4) Hazardous or poisonous chemicals, flammable liquids and gases or formulas thereof;
(5) Escape paraphernalia such as ropes, grappling hooks, hacksaw blades, jewelers' wire, bar spreaders, maps, lock picks, handcuff keys, or similar devices which could be used to aid an escape;
(6) Identification documents or individual photographs of the inmate of the style suitable for the production of identification documents;
(7) Documents, plans, diagrams, or schematics that refer to secure electrical systems, escape alarms, overhead lighting, facility power supply, gate operations, body alarms, radio communications, and similar systems;
(8) Narcotics or other controlled substances, including any synthetic narcotic, drug, stimulant, sleeping pill, barbiturate, or medicine, prescription or non-prescription, which was not dispensed or approved by the facility health authority. Medicines dispensed or approved by the health authority shall be considered contraband if not consumed or utilized in the manner prescribed;
(9) Intoxicants, including but not limited to liquor or alcoholic beverages;
(10) Currency, in the form of paper, checks, money orders, coins, stamps or similar instruments with monetary value;
(11) Hypodermic needles, hypodermic syringes, nasal inhalers or other devices or any component thereof which could be used to inject substances into the body;
(12) Food items;
(13) Cameras, recording devices, one or two-way transmitting devices, and similar devices and components, thereof, including tapes, batteries, and film; or
(14) Letters, notes, books, or other written communications. (Authorized by and implementing K.S.A. 1992 Supp. 75-5210; effective July 5, 1993.)

21-3826. Traffic in contraband in a correctional institution.

(a) Traffic in contraband in a correctional institution is introducing or attempting to introduce into or upon the grounds of any correctional institution or taking, sending, attempting to take or attempting to send from any correctional institution or any unauthorized possession while in any correctional institution or distributing within any correctional institution, or any item without the consent of the administrator of the correctional institution.

(b) For purposes of this section, "correctional institution" means any state correctional institution or facility, conservation camp, state security hospital, juvenile correctional facility, community correction center or facility for detention or confinement juvenile detention facility or jail

(c) (1) Traffic in contraband in a correctional institution of firearms, ammunition, explosives or a controlled substance which is defined in subsection (e) of K.S.A. 65-4101, and amendments thereto, is a severity level 5, nonperson felony.
(2) Traffic in any contraband, as defined by rules and regulations adopted by the secretary, in a correctional institution by an employee of a correctional institution is a severity level 5, nonperson felony.

(d) Except as provided in subsection ©, traffic in contraband in a correctional institution is a severity level 6, nonperson felony.

History: L. 1969, ch. 180, { 21-2826; L. 1970, ch. 127, { 1: L. 1992, ch 298, { 58; L. 1993, ch.

7

# MINISTERIAL PRIVILEGE AFFIDAVIT
## (Please Print)



NAME _____ DATE OF BIRTH _____
      (Last)      (First)      (Middle Initial)

ALIASES _____

ADDRESS _____ PHONE _____

RACE _____.   GENDER _____   SOCIAL SECURITY # _____-_____-_____

WHAT CHURCH OR ORGANIZATION ARE YOU REPRESENTING? _____

ADDRESS _____ PHONE _____

POSITION_____ WHEN WERE YOU ORDAINED? _____

BY WHOM WERE YOU ORDAINED? _____

HAVE YOU EVER BEEN ARRESTED? _____ IF YES, WHEN AND FOR WHAT CHARGE? _____ .

"I certify that the above information is true under penalty of law, and if it later develops otherwise, I understand that I may be prosecuted."

DATE _____ SIGNATURE _____

REFERENCE OF ANOTHER MINISTER _____

ADDRESS _____ PHONE _____

✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿ ✿
## THIS SECTION TO BE FILLED OUT BY OFFICER INTERVIEWING MINISTER

Date of Interview _____ Time _____

Do you consider this applicant as a bonafide representative of the ministry? _____ .

Does a record check reveal any arrests or convictions? _____

If yes, list date and offense: _____

Would you recommend to the Sheriff that this applicant be granted ministerial privilege: (Check only one)

( _____ ) In the presence of the inmate

( _____ ) Separated from the inmate by safety glass

( _____ ) Not admitted with ministerial privilege at all

Name of corporal or chaplain interviewing applicant:

_____ ID# _____

EXHIBIT
4

Salvation - Christian Ministries to Offenders, Inc.                                    http://cmowichita.com/7.html

Home
About Us
Contact us
Donations
Mission statement
Salvation
Staff
Volunteer

## Bringing Jesus Christ to the incarcerated of Sedgwick County

### Salvation Through Christ

From the day your life began here on earth God has been searching for you. From the foundations of his creation he has desired that you be a part of his family. He has told us again and again in his word that he is not willing that any should perish; that all should come to repentance. He told us that he so loved this world that he gave his only begotten son over to death to pay for the sins of the world so that he could have many sons and daughters in eternity with him. He said, all we have to do is believe that his love for you is the truth; that it is more real than what you can or cannot see. He even told us that we were more blessed when we cannot see; and yet, we are willing to believe. That is why he called you his friend; a friend that is closer than a brother; someone that was willing to die so that you might live. Today is your day; it is the day of your salvation. You have come to the foot of the cross. He is looking on you this day. His eyes are upon the righteous and his ears open to their cries. He stands at the door and knocks. Please ask him to come in!

### Salvation Prayer

Dear God in heaven, I come to you in the name of Jesus. I acknowledge to you that I am a sinner, and I am sorry for my sins and the life that I have lived. I need your forgiveness. Your word says that if I confess my sins that you are faithful and just to forgive my sins. (1 John 1:9)
I believe that your only begotten son, Jesus Christ, shed his precious blood on the cross at Calvary and died to take away my sins, and because of what he did, I truly desire to turn away from sin and turn my life to Christ. I am asking for your forgiveness.

You said in your Holy Word, Romans 10:9 that if we confess You as Lord of our life and believe in our hearts that God raised Jesus from the dead, we shall be saved.

Right now I confess Jesus as the Lord of my life, my very being. With my heart I believe that God raised Jesus from the dead and with my mouth I confess Jesus as Lord of my life. This very moment I accept Jesus Christ as my own personal Savior and I receive the Holy Spirit.

Because I have come to you, Lord Jesus, and because I have asked, I believe that I am saved and have eternal life with you. Whosoever shall call upon the name of Jesus shall be saved. Thank you Jesus, I am saved in your precious and holy name. Amen and Amen.

### Statement of Faith

- The bible is the inerrant word of God, infallible and authoritative.
- God is one God who exists as three separate persons: the Father, Son, and Holy Spirit.
- God is not willing that any should perish, but that all should come to a saving knowledge of the Lord Jesus Christ.
- Jesus, the Christ, is the Son of the living God. He walked this earth as the sinless son of God. He died for you and me because of the sin of this world, that we may have eternal life with him. He was three days in the grave, rose again, and is now seated at the right hand of the Father in heaven making intercession for us.
- To have eternal life with Christ you must be born-again by the infilling of the Holy Spirit as recorded in John 3:3. The born-again experience occurs when



EXHIBIT
5

you repent of your sin and ask the Lord Jesus Christ to come into your life. You must believe in your heart and confess with your mouth that God raised Jesus Christ from the dead and that he is now the Lord of your life (Romans 10:9-10). Because of your belief in Jesus Christ you are both justified and sanctified and sealed by the Holy Spirit of promise (Ephesians 1:13).

- The Holy Spirit is the center of Christ's work on the earth today. Jesus is the vine; we are the branches. Without Him we could do nothing. (John 15). The Holy Spirit is our comforter, our teacher and our advocate with the Father.'
- Soon Christ is coming for his church. Born-again believers will be caught up together with the saints to meet the Lord in the air, and we shall ever be with the Lord. At that moment, in the twinkling of an eye, we shall be changed from corruptible to incorruptible, mortal to immortal to receive that "glorified body" he has prepared for us. Heaven is our eternal home. No more death, no more dying, no more pain, sorrow or crying.
- There is only one church, and that church is composed of the born-again believers in Jesus, the Christ, the Messiah.
- Born-again believers are to share the gospel. God will lead and direct us in that process when we desire that "his will" be done in our lives.
- With God, all things are possible. Nothing is impossible to him who believes. They are possible because we have come into the heavenly kingdom, to Mt. Zion, to the eternal place of the Most High: our Lord, our God, our King and our Savior. Amen.

A ministry to the inmates of the Sedgwick County Detetion Facility, Wichita, Kansas