IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 11-CV-1098-JTM |
| | ) | |
| ANGEL DILLARD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>DEFENDANT'S SUPPLEMENTAL REQUESTED JURY INSTRUCTION</u>**

Respectfully submitted,

/s   Craig Shultz_____
Craig Shultz, #09731
Shultz Law Office, P.A.
445 N. Waco
Wichita, KS 67202
Telephone: (316) 269-2284
Fax: (316) 269-2011
E-mail: craig@shultzlaw.net
Email: michael@shultzlaw.net
Email:  Patrick@shultzlaw.net
*Attorneys for Defendant*

/s   Theresa L. Sidebotham_____
Theresa L. Sidebotham,* CO # 36713
TELIOS LAW, PLLC
1840 Deer Creek Rd, Suite 101
Monument, CO 80132
TELEPHONE: (855) 748-4201
FACSIMILE: (775) 248-8147
tls@telioslaw.com
*Attorneys for Defendant*
*Appearing Pro Hac Vice

**INSTRUCTION NO. \_\_\_\_\_**

<u>CONTENTIONS OF DEFENDANT</u>

The Government has commenced a civil action against Angel Dillard for committing a crime in violation of the Freedom of Access to Clinic Entrances Act, 18 U.S.C. § 248, because Dillard wrote and mailed a letter to Dr. Mila Means, a doctor who was considering performing abortions in Wichita, Kansas. The Government claims that Dillard threatened, by the use of force, to prevent Dr. Means from performing abortions.

Dillard denies that any of the letter's statements, either independently or in context, constitute any threat of force or physical harm by her to Dr. Means in order to prevent her from providing reproductive health services.  She contends the government's contention is based on misconstrued phrases taken out of sequence and context.  In addition, Dillard denies that she ever meant to communicate any such threat or had any intent to cause physical harm or injury to Dr. Means.  Instead, Dillard's intent in sending the letter was simply to exercise her First Amendment right and lawfully persuade Dr. Means to abandon her plan to open an abortion clinic in Wichita.  She contends the letter is protected by the First Amendment and that the government is prosecuting her for lawful religious and political speech. .

## CERTIFICATE OF SERVICE

      I hereby certify that on April 29, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this case.

      I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

/s Craig Shultz_____
Craig Shultz