FILED
U.S. District Court
District of Kansas

MAY 0 6 2016

Clerk, U.S. District Court
By _____ Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
    Plaintiff,

v.            Case No. 11-1098-JTM

ANGEL DILLARD,
    Defendant.

## Verdict

We, the jury, impaneled and sworn in the above entitled case, upon our oaths, do make the following answers to the questions propounded by the Court:

1. Under all the circumstances of the case, would a reasonable recipient of defendant's January 15, 2011 letter believe that it conveys a true threat of force?

    Yes __X__    No _____

[If your answer to Question 1 is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to Question 2.]

2. Did the defendant, in sending the letter, intentionally seek to intimidate Dr. Means?

    Yes _____    No __X__

[If your answer to Question 2 is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to Question 3.]

3. Did Defendant Dillard send the letter for the purpose of preventing Dr. Means from providing reproductive health services?

Yes _____          No _____

PRESIDING JUROR

_5-6-16_____
DATE