FILED
U.S. District Court
District of Kansas

MAY 0 9 2016

Clerk, U.S. District Court
By _____ Deputy Clerk

May we receive clarification on when Angel Dillard ~~received~~ filed for the Protective Order?

5-6-16
10:05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| Plaintiff(s), | ) ) ) ) ) |
| vs. | ) Case No. 11-1098 ) ) |
| Defendant(s). | ) ) ) ) ) |

QUESTION FROM THE JURY

YOUR HONOR,

_____

_____

_____

_____

Dated at _____ on _____, Time _____.

_____
Signature of Presiding Juror

ANSWER OF THE JUDGE,

There is nothing in evidence (documents or testimony) about the date Angel Dillard sought a protective order. You will have to rely on your collective memory.

Dated at Wichita, KS on May 6, 2016, Time 10:25 AM.

J. Thomas Marten
Signature of Judge