# UNITED STATES DISTRICT COURT

### DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

                                 **JUDGMENT IN A CIVIL CASE**

          Plaintiff,

v.

ANGEL DILLARD,                    Case Number: 11-1098-JTM

          Defendant.

      This action came on for trial before the Court and a jury, with The Honorable J. Thomas Marten, Chief Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict:

      IT IS ORDERED AND ADJUDGED pursuant to the verdict that the jury finds in favor of Defendant, Angel Dillard.

                                                     TIMOTHY M. O'BRIEN, Clerk of Court

May 10, 2016
Date

                                                     By   s/ J. Roach
                                                          Deputy Clerk